IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELLIS EDWARD WILLIAMS,

        Petitioner,              No. CIV S-08-1274 DAD P

    vs.

D.K. SISTO, et al.,

        Respondents.       ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation for dismissal of this action; and

/////

1

1   2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

2  pauperis form used by this district.

3  DATED: June 18, 2008.

4

5              _____

6              DALE A. DROZD

               UNITED STATES MAGISTRATE JUDGE

7  DAD:9:ja

   will1274.101a

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26